IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-51113
_____

United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 6, 2005**

Charles R. Fulbruge III
Clerk

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

MICHAEL LAWRENCE PETISCA

Defendant - Appellant

---------------------
Appeal from the United States District Court
for the Western District of Texas
(04-CR-146)
---------------------

Before JOLLY, HIGGINBOTHAM, and BENAVIDES, Circuit Judges.

PER CURIAM:*

IT IS ORDERED that appellee's unopposed motion to vacate sentence is granted.

IT IS FURTHER ORDERED that appellee's unopposed motion to remand to district court for resentencing in light of the Supreme Court's recent opinion in US v. Booker and this Court's opinion in US v. Mares is granted.

IT IS FURTHER ORDERED that appellee's unopposed motion to

_____

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

extend time to file appellee's brief 14 days from the Court's denial of appellee's motion to vacate and remand is denied as unnecessary.